PILLSBURY WINTHROP SHAW PITTMAN LLP
E. LEO MILONAS (EM-1008)
KENNETH W. TABER (KT-2570)
SANGITA A. SHAH (SS-7815)
GREG T. LEMBRICH (GL-6003)
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Telefax: (212) 858-1500
*Attorneys for Defendants Prescott, Rankin, Tillinghast, Williams, Hedden, and Konta*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Retired Partners Of Coudert Brothers Trust,<br><br>                                   Plaintiff,<br><br>              - against -<br><br>Eric P. Deltour, Lance Miller, Darrell Prescott, Ckyde Rankin, Christopher Stephens, Jigzhou Tao, Edward Tillinghast, Anthony Williams, Andrew Hedden, Frederick Konta, Baker & McKenzie LLP, Orrick Herrington & Sutcliffe, DLA Piper and Dechert LLP,<br><br>                                   Defendants. | Docket No. 07 CIV. 5639 (GEL) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Darrell Prescott, Clyde Rankin, Edward Tillinghast, Anthony Williams, Andrew Hedden, and Frederick Konta, by and through their undersigned counsel, respectfully join the Notice of Removal filed by Defendant Baker & McKenzie, LLP of this action from the Supreme Court of the State of New York, County of Westchester, in which this action is pending, to the United States District Court for the Southern District of New York, for the reasons stated in that Notice.

WHEREFORE, Defendants Prescott, Rankin, Tillinghast, Williams, Hedden, and Konta respectfully request that this case be removed from the Supreme Court of the State of New York, County of Westchester, to this Court, and that this Court assume jurisdiction of this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial.

Dated: June 13, 2007

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Kenneth Taber

E. Leo Milonas (EM-1008)
Kenneth W. Taber (KT-2570)
Sangita A. Shah (SS-7815)
Greg T. Lembrich (GL-6003)
1540 Broadway
New York, New York  10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Attorneys for Defendants Prescott, Rankin, Tillinghast, Williams, Hedden, and Konta.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record by first class mail on this the 13th day of June, 2007.

Thomas B. Decea
Yenisey Rodriguez-McCloskey
Danzig, Fishman & Decea
One North Broadway, 1202
White Plains, NY 10601
Attorneys for Plaintiff Retired Partners of Coudert Brothers Trust

Robert Morvillo, Esq.
Barbara Moses, Esq.
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C.
565 Fifth Avenue
New York, New York 10017
Attorneys for Defendant Baker & McKenzie LLP

H. Barry Vasios
Holland & Knight LLP
195 Broadway, 24th Floor
New York, New York 10007
Attorney for Defendant Orrick Herrington & Sutcliffe

Paul Mogin
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Attorney for Defendant DLA Piper

Joel Miller
Miller & Wrubel P.C.
250 Park Avenue, Sixth Floor
New York, New York 10177
Attorney for Defendant Dechert LLP

_____
Kenneth W. Taber