H. Barry Vasios (HBV 6767)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3410

*Attorneys for Defendant Orrick Herrington & Sutcliffe LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
Retired Partners Of Coudert Brothers Trust,      :     07 CV 5639 (GEL)
                                                 :
                              Plaintiff,         :
                                                 :
           - against -                           :     **STIPULATION AND ORDER**
                                                 :     **EXTENDING TIME TO**
                                                 :     **ANSWER OR MOVE**
Eric P. Deltour, Lance Miller, Darrell Prescott, :
Clyde Rankin, Christopher Stephens, Jigzhou      :
Tao, Edward Tillinghast, Anthony Williams,       :
Andrew Hedden, Frederick Konta, Baker &          :
McKenzie LLP, Orrick Herrington & Sutcliffe,     :
DLA Piper and Dechert LLP,                       :
                                                 :
                              Defendants.        :
                                                 :
------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff and attorneys for defendants Darrell Prescott, Clyde Rankin, Edward Tillinghast, Anthony Williams, Andrew Hedden, Frederick Konta, Baker & McKenzie LLP, Orrick Herrington & Sutcliffe LLP and Dechert LLP (hereinafter the "Stipulating Defendants"), that the time in which each of the Stipulating Defendants must respond to the Verified Amended Complaint herein is hereby extended up to and including August 1, 2007, and it is

FURTHER STIPULATED AND AGREED that should any Stipulating Defendant make a motion to dismiss the Verified Amended Complaint herein, such Stipulating Defendant shall

1

serve its Motion Papers on August 1, 2007 on plaintiff's counsel by email to the email address listed below for plaintiff's counsel, and it is

FURTHER STIPULATED AND AGREED that the plaintiff shall serve its answering papers to such a motion or motions by email addressed to counsel for the Stipulating Defendants at the email addresses listed below on September 19, 2007, and it is

FURTHER STIPULATED AND AGREED that the reply papers of any Stipulating Defendant which has moved to dismiss the Verified Amended Complaint, as contemplated herein, shall be served no later than October 10, 2007, and it is

FURTHER STIPULATED AND AGREED that each Stipulating Defendant acknowledges service of the summons and complaint and the amended verified complaint herein and waives any defense based upon lack of personal jurisdiction or defect in service of process, and it is

FURTHER STIPULATED AND AGREED that entry into this Stipulation is without prejudice to any rights plaintiff may have to make a motion to remand this action to the Supreme Court of the State of New York, County of Westchester.

Dated: New York, New York.
       June 20, 2007

2

DANZIG FISHMAN & DECEA

By: _____
Thomas B. Decea
Yenisy Rodriguez-McCloskey
Attorneys for Plaintiff
One North Broadway, 12th Floor
White Plains, NY 10601
(914) 285-1400
Email address:
tdecea@dfdlawfirm.com

PILLSBURY WINTHROP SHAW
PITTMAN LLP

By: _____
E. Leo Milonas
Kenneth W. Taber
Sangita A. Shah
Greg T. Lembrich
Attorneys for Defendants Darrell
  Prescott, Clyde Rankin, Edward
  Tillinghast, Anthony Williams,
  Andrew Hedden, and Frederick
  Konta
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
Email address:
kenneth.taber@pillsburylaw.com

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOEHER, P.C.

By: _____
Robert G. Morvillo
Barbara Moses
Gregory Morvillo
Attorneys for Defendant
  Baker & McKenzie LLP
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
Email address: BMoses@maglaw.com

MILLER & WRUBEL P.C.

By: _____
Joel M. Miller
Claire Huene
Attorneys for Defendant Dechert LLP
250 Park Avenue
New York, NY 10177
(212) 336-3500
Email address: jmiller@mw-law.com

3

HOLLAND & KNIGHT LLP

By: *[signature]* H. Barry Vasios
    H. Barry Vasios
    Sean Sheely
    Amy Kletnick
    Attorneys for Defendant
        Orrick Herrington & Sutcliffe LLP
    195 Broadway
    New York, NY 10007-3189
    (212) 513-3410
    Email address:
    barry.vasios@hklaw.com

SO ORDERED:

*[signature]*
U.S.D.J.

# 4606032_v3

4