STATE OF NEW YORK        SUPREME COURT WESTCHESTER COUNTY
DOCUMENTS SERVED WITH INDEX#: 07/05212        AND FILED ON        3/26/2007

RETIRED PARTNERS OF COUDERT BROTHERS TRUST                    Plaintiff(s)/Petitioner(s)

Vs.

ERIC P. DELTOUR, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/8/2007 at 10:52AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND VERIFIED COMPLAINT AND AMENDED VERIFIED COMPLAINT
Party Served: CHRISTOPHER H STEPHENS, ESQ                    (herein called recipient) therein named.
At Location: ORRICK HERRINGTON & SUTCLIFFE
             666 FIFTH AVENUE
             NEW YORK NY 10103

By delivering to and leaving with TOM 'DOE', MANAGING CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 6/12/07, deponent completed service by depositing a copy of the
SUMMONS AND VERIFIED COMPLAINT AND AMENDED VERIFIED COMPLAINT

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 33 | Height | 5'10" | Weight | 178 |
| Other Features | | | MOUSTACHE, BEARD | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 6/12/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

Eric Averbach
Server's License#: 918927

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
tel 212-506-5000
fax 212-506-5151
WWW.ORRICK.COM

ORRICK