| STATE OF NEW YORK | SUPREME COURT WESTCHESTER COUNTY | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07/05212 | AND FILED ON | 3/26/2007 |

| RETIRED PARTNERS OF COUDERT BROTHERS TRUST | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs | |
| ERIC P. DELTOUR, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein is over 18 years of age and resides in the State of New York. On **6/8/2007** at **10:26AM**, deponent did serve the within process as follows:

Process Served: SUMMONS AND VERIFIED COMPLAINT AND AMENDED VERIFIED COMPLAINT
Party Served: JINGZHOU TAO, ESQ.                                    (herein called recipient)
                                                                     therein named.
At Location: C/O DLA PIPER
             1251 AVENUE OF THE AMERICAS
             NEW YORK NY 10020

By delivering to and leaving with **"JOHN DOE" REFUSED NAME, MANAGING CLERK** a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On **6/12/07**, deponent completed service by depositing a copy of the SUMMONS AND VERIFIED COMPLAINT AND AMENDED VERIFIED COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BRN | Color of Hair | DK BRN |
|---|---|---|---|---|---|
| Age | 38 | Height | 5'10" | Weight | 168 |
| Other Features | | | MOUSTACHE | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the **6/12/2007**

GAIL WILLIAMS
Notary Public, State of New York
No. 4865052
Qualified in Westchester County
Commission Expires September 30, 2010

Eric Averbach

Server's License#: 918927