STATE OF  NEW YORK              SUPREME COURT WESTCHESTER COUNTY

DOCUMENTS SERVED WITH INDEX#:  07/05212            AND FILED ON            3/26/2007

| | |
|---|---|
| RETIRED PARTNERS OF COUDERT BROTHERS TRUST<br><br>Vs<br><br>ERIC P  DELTOUR, ET AL | Plaintiff(s)/Petitioner(s)<br><br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )
                                                                              )  SS
COUNTY OF WESTCHESTER                                          )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York   On_____6/8/2007_____ at _____10:26AM_____, deponent did serve the within process as follows:

Process Served:

Party Served:     | SUMMONS AND VERIFIED COMPLAINT AND AMENDED VERIFIED COMPLAINT |
                  | DLA PIPER |                                                   (herein called recipient)
                                                                                      therein  named.

At Location:      | 1251 AVENUE OF THE AMERICAS |
                  | |
                  | NEW YORK NY  10020 |

By delivering to and leaving with  "JOHN DOE" REFUSED NAME                and that deponent knew the person

so served to be the     MANAGING CLERK

of  the corporation and authorized to accept service .

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex M | Color of Skin BROWN | | Color of Hair DK BRN | |
| Age 38 | Height 5'10" | | | |
| Weight 168 | Other Features MOUSTACHE | | | |

Sworn to before me on _____6/12/2007_____

_Deip Williams_

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 20/0

Eric Averbach

Server's License#:    918927