AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF   New York

Retired Partners Of Coudert Brothers Trust
                    Plaintiff
-against-

Eric P. Deltour et al.
                    Defendant

**APPEARANCE**

Case Number: 07 CIV. 5639 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Plaintiff.

I certify that I am admitted to practice in this court.

DANZIG FISHMAN & DECEA

July 3, 2007                           s/
Date                                   Signature

                                       Thomas B. Decea           TD 9105
                                       Print Name                Bar Number

                                       One North Broadway, Suite 1202
                                       Address

                                       White Plains, New York    10601
                                       City            State     Zip Code

                                       (914) 285-1400    (914) 285-1401
                                       Phone Number      Fax Number