UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

RETIRED PARTNERS OF COUDERT BROTHERS TRUST,

                                Plaintiff,          Index No.:

                -against-                           07CIV 5639(GEL)

ERIC P. DELTOUR, LANCE MILLER, DARRELL PRESCOTT,    DEMAND FOR JURY TRIAL
CLYDE RANKIN, CHRISTOPHER STEPHENS, JIGZHOU TAO,
EDWARD TILLINGHAST, ANTHONY WILLIAMS, ANDREW
HEDDEN, FREDERICK KONTA, BAKER & MCKENZIE LLP,
ORRICK HERRINGTON & SUTCLIFFE, DLA PIPER and
DECHERT LLP,

                                Defendants.

--------------------------------------------------X

Plaintiff, Retired Partners of Coudert Brothers Trust, in the
above-entitled matter demands a trial by jury of all issues so
triable in the matter, under the provisions of Rule 38(b) of the
Federal Rules of Civil Procedure and respectfully requests that
this matter be placed on the jury docket, with the understanding
that a copy of this demand will be served on defendants, Eric P.
Deltour, Lance Miller, Darrell Prescott, Clyde Rankin, Christopher
Stephens, Jigzhou Tao, Edward Tillinghast, Anthony Williams,

H:\48323\0000\00013569 DOC

Andrew Hedden, Frederick Konta, Baker & Mckenzie LLP, Orrick

Herrington & Sutcliffe, DLA Piper and Dechert LLP.

Dated: White Plains, New York
       July 5, 2007

                              Respectfully submitted,

                              DANZIG FISHMAN & DECEA

                              By: _____s/_____
                                   THOMAS B. DECEA TD-9105
                              A Member of the Firm
                              Attorneys for Plaintiff
                               Retired Coudert Brothers Trust
                              One North Broadway, Suite 1202
                              White Plains, New York 10601
                              Tel: (914) 285-1400
                              Fax: (914) 285-1401


TO: H. Barry Vasios, Esq.
    Holland & Knight LLP
      Attorneys for Defendant
      Orrick Herrington & Sutcliffe LLP
    195 Broadway, 24th Floor
    New York, New York 10007-3189
    Tel No.: (212) 513-3200
    Fax No.: (212) 385-9010

    Gerson A. Zweifach, Esq.
    Williams & Connolly LLP
      Attorneys for Piper US
    725 12th Street, N.W.
    Washington, D.C. 20005
    Tel: 202-434-5024
    Tel: 202-434-5000
    Fax: 202-824-4140


(continued)

Barbara Moses, Esq.
Morvillo, Abramowitz, Grand,
Iason, Anello & Boeher, P.C.
  Attorneys for Defendant
  Baker & McKenzie LLP
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600

Kenneth W. Taber, Esq
Pillsbury Winthrop Shaw Pittman Llp
  Attorneys for Defendants Darrell
  Prescott, Clyde Rankin, Edward
  Tillinghast, Anthony Williams,
  Andrew Hedden, and Frederick Konta
1540 Broadway
New York, New York 10036-4039
Tel: (212) 858-1000

Joel M. Miller
Miller & Wrubel P.C
  Attorneys for Defendant Dechert LLP
250 Park Avenue
New York, New York 10177
Tel: (212) 336-3500

Lance Miller
83 Meyer Road
#17-01
Meyer Park
Singapore 437910

Eric P. Deltour
Clos de l'Ecureuil 22
1410 Waterloo Brussels

Christopher H. Stephens
House 2
27 Consort Rise
Pokfulam
Hong Kong

Jingzhou Tao
Villa No. 202A, Beijing Riviera
Chaoyang District
Beijing 100103

H:\48323\0000\00013569 DOC