CERTIFICATE OF SERVICE

I hereby certify that I am counsel to the law firm of Danzig Fishman & Decea and that on July 6, 2007, a copy of the demand for jury trial was mailed by first class air-mail to the following defendants at the following addresses:

Lance Miller
83 Meyer Road
#17-01
Meyer Park
Singapore 437910

Eric P. Deltour
Clos de l'Ecureuil 22
1410 Waterloo Brussels

Christopher H. Stephens
House 2
27 Consort Rise
Pokfulam
Hong Kong

Jingzhou Tao
Villa No. 202A, Beijing Riviera
Chaoyang District
Beijing 100103


and by operation of the electronic notice system on the following defendants appearing through counsel:

H. Barry Vasios, Esq.
Holland & Knight LLP
 Attorneys for Defendant
 Orrick Herrington & Sutcliffe LLP
195 Broadway, 24th Floor
New York, New York 10007-3189

(continued on next page)

Gerson A. Zweifach, Esq.
Williams & Connolly LLP
 Attorneys for Piper US
725 12th Street, N.W.
Washington, D.C. 20005

Barbara Moses, Esq.
Morvillo, Abramowitz, Grand,
 Iason, Anello & Boeher, P.C.
 Attorneys for Defendant
 Baker & McKenzie LLP
565 Fifth Avenue
New York, New York 10017

Kenneth W. Taber, Esq.
Pillsbury Winthrop Shaw Pittman LLP
 Attorneys for Defendants Darrell
 Prescott, Clyde Rankin, Edward
 Tillinghast, Anthony Williams,
 Andrew Hedden, and Frederick Konta
1540 Broadway
New York, New York 10036-4039

Joel M. Miller
Miller & Wrubel P.C.
 Attorneys for Defendant Dechert LLP
250 Park Avenue
New York, New York 10177

        DANZIG FISHMAN & DECEA

        By: _____
        Yenisey Rodriguez-McCloskey YM 3815
        Counsel to the Firm
        Attorneys for Plaintiff
         Retired Coudert Brothers Trust
        One North Broadway, Suite 1202
        White Plains, New York 10601
        Tel: (914) 285-1400