# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
**Retired Partners Of Coudert Brothers Trust,**             :
                                                            :
                                                            :    No. 07 CIV. 5639 (GEL)
                                                            :
           **Plaintiff,**                                   :
                                                            :
- against -                                                 :
                                                            :
**Eric P. Deltour, Lance Miller, Darrell**                  :
**Prescott, Clyde Rankin, Christopher**                     :
**Stephens, Jigzhou Tao, Edward Tillinghast,**              :
**Anthony Williams, Andrew Hedden,**                        :
**Frederick Konta, Baker & McKenzie LLP,**                  :
**Orrick Herrington & Sutcliffe, DLA Piper,**               :
**and Dechert LLP,**                                        :
                                                            :
           **Defendants.**                                  :
------------------------------------------------------------X

## DECLARATION OF JOHN E. JOINER IN SUPPORT
## OF MOTION TO BE ADMITTED PRO HAC VICE

John E. Joiner, being of legal age and pursuant to 28 U.S.C. § 1746, deposes and says:

1. I make this application, for admission pro hac vice before the United States District Court for the Southern District of New York, for the purpose of assisting in the defense of Defendant DLA Piper US LLP in the above-captioned matter.

2. If and when admitted, I shall be familiar with and shall comply with the standards of professional conduct imposed upon members of the New York Bar, including the rules of Court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

3. I shall also be subject to the jurisdiction of the court of New York with respect to any acts occurring during the course of my participation in the above-captioned matter.

4. I am an attorney duly licensed to practice since 1999 in all courts in the District of Columbia. I also am licensed, since 1996, in all courts of the State of Colorado, though I currently am on inactive status. I also am admitted to practice in the United States District Courts for the District of Colorado and the District of Columbia, the United States Court of Appeals for the Tenth Circuit, and the Supreme Court of the United States

5. I am a partner in the law firm of Williams & Connolly LLP, where I have been employed since 1999.

6. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the District of Columbia, reflecting that I am currently an active member in good standing of the bar of the District of Columbia.

7. I have never been denied admission *pro hac vice* in any courts which I have sought such admission.

8. There are no pending disciplinary proceedings against me in any State or Federal Court. Additionally, I have never been denied admission, censured, suspended, disbarred or otherwise disciplined by any court.

9. I have not taken and failed a New York bar examination.

10. I have not engaged in the unauthorized practice of law.

11. I am a citizen of the United States of America.

12. Pursuant to the accompanying motion, I hereby request permission to appear as counsel and advocate *pro hac vice* for Defendant DLA Piper US LLP, in the above-captioned action.

13. In representing Defendant DLA Piper US LLP in this matter, I will associate with William G. Kelly, as well as other attorneys in the New York office of the law firm of Goldberg Segalla LLP.

Dated: July 18, 2007

_____
John E. Joiner

# EXHIBIT "A"



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN E. JOINER

was on the 10th day of December, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 18, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION FOR PRO HAC VICE ADMISSION AND AFFIDAVIT IN SUPPORT AND EXHIBITS** was served via first class mail on this 19th day of July, 2007, upon:

Thomas B. Decea, Esq.
DANZIG FISHMAN & DECEA
*Attorneys for Plaintiff*
**Retired Coudert Brothers Trust**
One North Broadway, Suite 1202
White Plains, New York 10601
(914) 285-1400

**Eric P. Deltour, Esq.**
Dechert LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112

**Lance Miller, Esq.**
DLA Piper
1251 Avenue of the Americas
New York, New York 10020

**Darrell Prescott, Esq.**
Baker & Mckenzie LLP
1114 Avenue of the Americas
New York, New York 10036

**Clyde E. Rankin, III, Esq.**
Orrick Herrington & Sutcliffe
666 Fifth Avenue
New York, New York 10103

**Christopher H. Stephens, Esq.**
Orrick Herrington & Sutcliffe
666 Fifth Avenue
New York, New York 10103

**Jingzhou Tao, Esq.**
DLA Piper
1251 Avenue of the Americas
New York, New York 10020

**Edward H. Tillinghast, III, Esq.**
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza, Suite 2400
New York, New York 10112

**Anthony Williams, Esq.**
Baker & Mckenzie LLP
1114 Avenue of the Americas
New York, New York 10036

**Andrews S. Hedden, Esq.**
Baker & Mckenzie LLP
1114 Avenue of the Americas
New York, New York 10036

**Frederick P. Konta, Esq.**
Baker & Mckenzie LLP
1114 Avenue of the Americas
New York, New York 10036

Barbara Moses, Esq.
Gregory Robert Morvillo, Esq.
Robert Guy Morvillo, Esq.
*Attorneys for Defendant*
**Baker & McKenzie LLP**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017
(212) 880-9540

**Orrick Herrington & Sutcliffe**
666 Fifth Avenue
New York, New York 10103

**Dechert LLP**
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112

Dated: White Plains, New York
       July 19, 2007

Respectfully submitted,

By: _____
William G. Kelly, Esq. (WK – 2982)
Suzin L. Raso, Esq. (SR – 5426)
GOLDBERG SEGALLA LLP
*Attorneys for Defendants*
**DLA PIPER**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400
GS File No: 16913.0002

82657.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, I electronically filed the foregoing **NOTICE OF MOTION FOR PRO HAC VICE ADMISSION AND AFFIDAVIT IN SUPPORT AND EXHIBITS** with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Thomas B. Decea, Esq.
DANZIG FISHMAN & DECEA
*Attorneys for Plaintiff*
**Retired Coudert Brothers Trust**
One North Broadway, Suite 1202
White Plains, New York 10601
(914) 285-1400

Barbara Moses, Esq.
Gregory Robert Morvillo, Esq.
Robert Guy Morvillo, Esq.
*Attorneys for Defendant*
**Baker & McKenzie LLP**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C
565 Fifth Avenue
New York, NY 10017
(212) 880-9540

Dated: White Plains, New York
July 19, 2007

Respectfully submitted,

By: _____
William G. Kelly, Esq. (WK – 2982)
Suzin L. Raso, Esq. (SR – 5426)
GOLDBERG SEGALLA LLP
*Attorneys for Defendants*
**DLA PIPER**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400
GS File No: 16913.0002

82657.1