AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Retired Partners Of Coudert Brothers Trust
                        Plaintiff
-against-

Eric P. Deltour et al.
                Defendant

APPEARANCE

Case Number: 07 CIV. 5639 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this court.

DANZIG FISHMAN & DECEA

July 23, 2007

Date

S/

Signature

Yenisey Rodriguez-McCloskey    YM 3815

Print Name                     Bar Number

One North Broadway, Suite 1202

Address

White Plains, New York         10601

City            State          Zip Code

(914) 285-1400        (914) 285-1401

Phone Number          Fax Number