IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK
SOUTHERN DISTRICT

---

RETIRED PARTNERS OF COUDERT BROTHERS TRUST,

            Plaintiff,

-against-

ERIC P. DELTOUR, LANCE MILLER, DARRELL PRESCOTT, CLYDE RANKIN, CHRISTOPHER STEPHENS, JIGZHOU TAO, EDWARD TILLINGHAST, ANTHONY WILLIAMS, ANDREW HEDDEN, FREDERICK KONTA, BAKER & MCKENZIE LLP, ORRICK HERRINGTON & SUTCLIFFE, DLA PIPER, and DECHERT LLP,

            Defendants.

---

No. 07 CIV. 5639 (GEL)

[PROPOSED] ORDER



Defendant DLA PIPER US LLP, having moved this Court for an Order, pursuant to Local Rule 1.3 (c) for admission of John E. Joiner to this Court, *pro hac vice*, and said motion having been submitted for the Court's consideration,

NOW, upon reading and filing the Notice of Motion of Defendant DLA PIPER dated July 19, 2007, the Affidavit of William G. Kelly, Esq., sworn to on the 19th day of July 2007, the Affidavit of John E. Joiner, Esq., sworn to on the 18th day of July 2007, attached as exhibits thereto in support of said motion, and there being no opposition thereto, it is hereby

**ORDERED** that the motion of Defendant DLA PIPER is hereby GRANTED; and it is further

**ORDERED** that John E. Joiner, Esq. is granted admission *pro hac vice* to represent Defendant DLA PIPER before this Court during the pendency of this matter.

GRANTED: _July 24, 2007_

HON. _[signature]_, USDJ