UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                    :
RETIRED PARTNERS OF COUDERT            :
BROTHERS TRUST,                              :
                                                    :
                          Plaintiff,           :
                                                    :       07 Civ. 5639 (GEL)
       -against-                               :
                                                    :                **ORDER**
ERIC P. DELTOUR, et al.,                  :
                                                    :
                          Defendants.       :
                                                    :
------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    The Court is advised that defendants' motion for John E. Joiner to appear pro hac vice (Doc. #17) appears as an open motion on certain internal reports. Defendants' motion was granted by order of the Court, dated July 24, 2007. (Doc. #16.) Accordingly, the Clerk of the Court is respectfully directed to close the motion (Doc. #17) for all internal statistical purposes.

SO ORDERED.

Dated: New York, New York
       September 27, 2007

                                                          GERARD E. LYNCH
                                                        United States District Judge