UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

RETIRED PARTNERS OF COUDERT
BROTHERS TRUST,

                         Plaintiff,

    -against-

ERIC P. DELTOUR, et al.,

                       Defendants.
-----------------------------------------------------------x

07 Civ. 5639 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

GERARD E. LYNCH, District Judge:

    The above matter is hereby referred to the Bankruptcy Court as an adversary proceeding related to In Re Coudert Brothers, 06-12226 (RDD).

SO ORDERED.

Dated: New York, New York
       May 1, 2008

                                                           _____
                                                           GERARD E. LYNCH
                                                         United States District Judge